IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, et al., )
)
        Plaintiffs, )
)
v. ) Civil Action No. 1:14-cv-1023
)
)
SUSTAINABLEWORKS, )
)
        Defendant. )

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 12, 2014, in response to Plaintiffs' Motion for Default Judgment.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and judgment is entered in favor of the Sheet Metal Workers' National Pension Fund against SustainableWorks in the amount of $5,710.48; judgment is entered in favor of the International Training Institute for the Sheet Metal and Air Conditioning Industry against SustainableWorks in the amount of

$389.37; judgment is entered in favor of the National Energy Management Institute Committee against SustainableWorks in the amount of $97.33; judgment is entered in favor of the Sheet Metal Occupational Health Institute Trust Fund against SustainableWorks in the amount of $64.91; and judgment is entered in favor of the Sheet Metal Workers' International Association Scholarship Fund against SustainableWorks in the amount of $31.93. It is further

    ORDERED that Plaintiffs are awarded $2,897.65 in attorney fees.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 22, 2015